1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **EASTERN DISTRICT OF CALIFORNIA**

10

11   SCOTT MATTHEW PIERCE,                    )   Case No.:  1:22-cv-0107 JLT HBK (HC)
                                              )
12        Petitioner,                         )   ORDER ADOPTING THE FINDINGS AND
                                              )   RECOMMENDATIONS, DISMISSING
13        v.                                  )   PETITION FOR WRIT OF HABEAS CORPUS,
                                              )   AND DIRECTING CLERK OF COURT TO
14   UNITED STATES OF AMERICA,                )   CLOSE CASE
                                              )
15        Respondent.                         )   (Docs. 17)
                                              )

16

17        The assigned magistrate judge conducted a preliminary review under Rule 4 of the Rules

18   Governing Section 2254 Cases,[1] and issued Findings and Recommendations recommending that

19   the amended Petition be dismissed for failure to state a claim and failure to exhaust administrative

20   remedies.  (Doc. 17.)  The Findings and Recommendations contained notice that any objections

21   thereto were to be filed within 14 days after service.  (*Id.* at 5.)  The Court advised Petitioner "that

22   failure to file objections within the specified time may result in the waiver of rights on appeal."

23   (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923

24   F.2d 1391, 1394 (9th Cir. 1991)).  To date, Petitioner has not filed objections.

25

26   ---
     [1] The Rules Governing Section 2254 Cases may be applied to petitions for writ of habeas corpus other than
     those brought under § 2254 at the Court's discretion.  See Rule 1 of the Rules Governing Section 2254
27   Cases.  Civil Rule 81(a)(2) provides that the rules are "applicable to proceedings for . . . habeas corpus . . .
     to the extent that the practice in such proceedings is not set forth in statutes of the United States and has
28   heretofore conformed to the practice of civil actions."  Fed. R. Civ. P 81(a)(2).

                                                1

1    According to 28 U.S.C. § 636 (b)(1)(C), the Court conducted a *de novo* review of the case.

2  Having carefully reviewed the entire file, the Court concludes the Findings and

3  Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

4       1.      The Findings and Recommendations issued on April 15, 2022 (Doc. 17), are

5               **ADOPTED** in full.

6       2.      The amended petition for writ of habeas corpus (Doc. 16) is **DISMISSED** without

7               prejudice.

8       3.      The Clerk of Court is directed to close the case.

9

10  IT IS SO ORDERED.

11    Dated:   **May 22, 2022**

UNITED STATES DISTRICT JUDGE